IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CA No.: 1:20-cv-00412-NCT-JLW

MARIA ALEJANDRA BATLLE, on behalf of herself and all others similarly situated, )
)
)
)
)
*Plaintiff,* )
)
v. )
)
UNITED DRUG SUPPLY, INC. and SAMANTHA GODFREY, )
)
)
*Defendants.* )

**JOINT NOTICE OF SETTLEMENT**

NOW COME the Parties, jointly, by and through their counsel and in accordance with LR 83.3, to advise the Court that the Parties have reached an agreement in principle that will resolve all remaining claims in this action, as described below:

1. Opt-in Plaintiffs Marisa Williams and Matthew Pagani reached an agreement with Defendants to resolve their claims, and the stipulations of dismissal as to the claims of Ms. Williams and Mr. Pagani were filed on April 13, 2022. *See* ECF Nos. 51 and 52.

2. Named Plaintiff Maria Alejandra Batlle has now also reached an agreement with Defendants to resolve her claims. The Parties will need additional time to finalize and complete their agreed-upon terms and resolution. Plaintiff anticipates filing a stipulation of dismissal as to Plaintiff's claims no later than Monday, May 16, 2022.

3. The filing of the stipulation of dismissal as to Ms. Batle's claims will resolve all remaining claims in this litigation.

Respectfully submitted this April 22, 2022.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130 Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 649-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

*/s/ Jill S. Stricklin*
Jill S. Stricklin
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
jstricklin@constangy.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I electronically filed the foregoing true and accurate copy of the **JOINT NOTICE OF SETTLEMENT** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Jill S. Stricklin
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
jstricklin@constangy.com

*Attorney for Defendants*

/s/ Gilda Adriana Hernandez
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*