IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARIA ALEJANDRA BATLLE, on behalf of herself and all others similarly situated, | ) ) ) ) |
| *Plaintiff,* | ) ) Case No.: 1:20-cv-00412-NCT-JLW |
| v. | ) ) ) |
| UNITED DRUG SUPPLY, INC.; and SAMANTHA GODFREY, | ) ) ) |
| *Defendants.* | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE CONCERNING NAMED PLAINTIFF MARIA ALEJANDRA BATLLE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Named Plaintiff Maria Alejandra Batlle and Defendants United Drug Supply, Inc., and Samantha Godfrey, by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of Named Plaintiff Batlle's claims and causes of action in the above-styled case, in their entirety, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this May 11, 2022.

| | |
|---|---|
| */s/ Gilda A. Hernandez* | */s/ Jill S. Stricklin* |
| Gilda A. Hernandez | Jill S. Stricklin |
| Charlotte C. Smith | **CONSTANGY, BROOKS, SMITH** |
| **THE LAW OFFICES OF GILDA A.** | **& PROPHETE, LLP** |
| **HERNANDEZ, PLLC** | 100 North Cherry Street, Suite 300 |
| 1020 Southhill Dr., Ste. 130 | Winston-Salem, NC 27101 |
| Cary, NC 27513 | Telephone: (336) 721-1001 |
| Tel: (919) 741-8693 | Facsimile: (336) 748-9112 |

1

Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

jstricklin@constangy.com

*Attorney for Defendants*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2022, I electronically filed the foregoing true and accurate copy of **JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE CONCERNING NAMED PLAINTIFF MARIA ALEJANDRA BATLLE** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document on the following:

Jill S. Stricklin
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
jstricklin@constangy.com

*Attorney for Defendants*

      */s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

3

Case 1:20-cv-00412-NCT-JLW     Document 54     Filed 05/11/22     Page 3 of 3